# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DONALD A. McGHEE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 13-CV-624
CRIM. NO. 09-CR-119
JUDGE JAMES L. GRAHAM
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On January 13, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. 2255 be denied and that this action be dismissed.

Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Date: March 14, 2014

JAMES L. GRAHAM
United States District Judge